# Ex. 1

Begin forwarded message:

**From:** Amy Katnik <akatnik@apollomd.com>
**Subject: PQRS CT Report Update #2 - On behalf of Michael Lipscomb, MD - Chief Quality Officer**
**Date:** December 1, 2016 at 9:52:42 AM EST
**To:** Amy Katnik <akatnik@apollomd.com>

ED Docs,

I want to thank everyone for some great feedback on the PQRS/CT Reports! The report will be updated and improved as we move along, but for now, just get used to seeing the data. As there were a lot of questions, I wanted to send a general email to everyone, as many of you likely share the same questions. In addition, the report attached to the previous email was just a sample, not yours specifically.

*Q: Do the PQRS measures include those patients that are APC charts that I sign, or are they my charts alone?*
A: The charts are a combination of both "physician only" charts and "physician/APC charts". As the charts are billed under the physician NPI number, both will count equally for adjustments by CMS. For this reason, all charts attributed to the physician are included.

*Q: Do the CT Reports include those patients that are APC charts that I sign, or are they my charts alone?*
A: Same answer. The CT utilization data is a combination of both "physician only" charts and "physician/APC charts". As the charts are billed under the physician NPI number, we are accountable for the physician as well as the APC charts. As APCs tend to see less acute patients, this can actually make our CT utilization rate less. And as above, we are ultimately responsible for APC patients and the quality of the care they deliver to our patients.

*Q: How can I get an explanation for each measure?*
A: There is a link in the middle of everyone's report (see below) that will take them to a list of the PQRS measures. Each of these measures, in turn, has a link to the explanatory Power Points sent out earlier in the year:



We are also have a continually updated FAQ for the measures, answering some of the questions from each of you (after clicking the "here" from your report, the following screen appears, and hitting "here" will bring you to the FAQ page:



And several of you picked up on not 1 but 2 errors in everyone's report. While the underlying data is correct, a late change to the system used to generate the reports resulted in a few items being mislabeled:
1. CT Report: The CT numeric percentages for each month are indeed reversed. The data in the report and the bars are correct.

2.  PQRS Report: The first 7 columns of data are correct. And the last 4 are actually correct as well, but the last 4 column headers are "shifted" as measure 255 for some (computer) reason was moved to the last column. A picture explains it better:

| MEASURE | 54 | 66 | 76 | 91 | 93 | 116 | 254 |
|---|---|---|---|---|---|---|---|
| MET | 79 | 5 | 4 | 6 | 6 | 4 | 19 |
| NOT MET | 0 | 2 | 0 | 0 | 0 | 7 | 0 |

In 2017, there will be a few additions and subtractions to the measures, and we will update everyone on those changes as soon as they are finalized.

Again, I want to thank everyone for their comments. Not only is our goal to improve everyone's data we submit to CMS, but also to make these reports helpful so each of us can improve on the great care we provide our patients every day.

Sincerely,

Mike


**Michael Lipscomb, MD**
**Chief Quality Officer**
**ApolloMD**
5665 New Northside Drive
Atlanta, GA 30328
770-298-4604 (cell)
770-874-5484 (office)
404-645-7580 (fax)
mlipscomb@apollomd.com
www.apollomd.com

**"Delivering the highest quality patient care through a trusted partnership of integrated medical services"**

If you would like to send me a secure message, click here

Confidentiality notice:
The information contained in this e-mail message, and all attachments transmitted with it, is intended for the exclusive use of the person or entity to which it is addressed. The information may contain legally privileged and confidential information and is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email message is strictly prohibited. If you have received this message in error, please notify the sender immediately either by telephone or by electronic mail and delete this message and all copies and back-ups thereof.