# Ex. 2

**From:** Amy Katnik <akatnik@apollomd.com>
**Date:** December 2, 2016 at 2:40:09 PM EST
**To:** drsonyika <drsonyika@yahoo.com>
**Subject: RE: ED PQRS/CT Report Clarifications- on behalf of Michael Lipscomb, MD - Chief Quality Officer**

Advanced Practice Clinician or midlevel



**Amy Katnik**
**Chief Operating Officer**

5665 New Northside Drive, Suite 200
Atlanta, GA 30328
Direct: 770.874.6827
Cell: 770.365.1345
Fax: 770.874.6867

akatnik@apollomd.com
www.ApolloMD.com

"Delivering the highest quality patient care through a trusted partnership of integrated medical services"

**If you wish to send me a secure email, please click here**

**Confidentiality Notice:**
The information contained in this e-mail message, and all attachments transmitted with it, is intended for the exclusive use of the person or entity to which it is addressed. The information may contain legally privileged and confidential information and is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email message is strictly prohibited. If you have received this message in error, please notify the sender immediately either by telephone or by electronic mail and delete this message and all copies and back-ups thereof.

**From:** drsonyika [mailto:drsonyika@yahoo.com]
**Sent:** Friday, December 2, 2016 2:23 PM
**To:** Amy Katnik <akatnik@apollomd.com>
**Subject:** Re: ED PQRS/CT Report Clarifications- on behalf of Michael Lipscomb, MD - Chief Quality Officer

Hello   What does APC stand for?

> On Nov 27, 2016, at 8:17 PM, Amy Katnik <akatnik@apollomd.com> wrote:
>
> Hello ED Physicians,
>
> A few comments came up from the first PQRS/CT report that I would like to address.
>
> 1. CT Utilization: While making some final edits to the CT report, the reports did not print correctly. The data and the bars are correct but the numbers contained within the bars for each given month are backwards. So in looking at any given month, if you change the location of the number from the green bar to the blue bar, the report would read correctly. The green bar would be your CT utilization for the month, and the blue bar would be the group average CT rate for the 6 months combined. Some practices don't have the CT rate calculated for October, and October would be blank in that case. We certainly apologize for the confusion. We are working on correcting the logic now. The PQRS reports are correct.
> 2. APC Charts: As we are ultimately responsible for APC charts, APC charts attributed to an individual physician are included in that physician's PQRS data. We want to make sure the physician sees all data collected by CMS under their name. This will also allow all of us as physicians to improve the quality of care from our APCs as well as ourselves.
>
> I appreciate everyone's time in looking at these reports. With MIPS replacing PQRS and other measures in 2017, quality and overall utilization (not just CT) will become more and more important in physician reimbursement. Understanding how we compare as individuals will be vital to staying ahead of this curve.
>
> In the interim, I wish everyone a safe holiday weekend. And thanks to all who are on duty. Your colleagues and patients alike appreciate you covering the ED.
>
> Sincerely,

Mike

**Michael Lipscomb, MD**
**Chief Quality Officer**
**ApolloMD**
5665 New Northside Drive
Atlanta, GA 30328
mlipscomb@apollomd.com
www.apollomd.com

**"Delivering the highest quality patient care through a trusted partnership of integrated medical services"**

If you would like to send me a secure message, click **here**

Confidentiality notice:
The information contained in this e-mail message, and all attachments transmitted with it, is intended for the exclusive use of the person or entity to which it is addressed. The information may contain legally privileged and confidential information and is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email message is strictly prohibited. If you have received this message in error, please notify the sender immediately either by telephone or by electronic mail and delete this message and all copies and back-ups thereof.

&lt;Lipscomb PQRS_CT Report.pdf&gt;