# Ex. 3

From: **Robert Wright** rwQC@yahoo.com
Subject: Important info
Date: August 21, 2013 at 9:10 PM
To: Dawn Adams daadams66@comcast.net, Scott Anderson seapac65@yahoo.com, Pryor Anita anitapryor@att.net, Chris Chandler chrischandler@yahoo.com, Robert Cox rjcox01@aol.com, Young Daniel danyoungpac@gmail.com, Short Dennis shrtdrms@aol.com, Swetang Desai spd4977@yahoo.com, Marlon Fisher mfisher6@hotmail.com, Lynn Flowers lflowers@apollomd.com, Fun Fong fun.fong.jr@gmail.com, Alice Fray amtray@aol.com, Jennifer Marrast Host jhostmd@gmail.com, Theltonia Howard thelhoward@yahoo.com, Shannon Howell showell727@yahoo.com, Robert Hull rhullmd@yahoo.com, Stephanie Jackson stephanieb.jackson@yahoo.com, Leimbach Jennifer jennifer.leimbach@lmunet.edu, Richisa Johnson-Hamilton richisa@aol.com, Denis Kim denisjkim@yahoo.com, Wesley Leigh wesleyleigh@aol.com, Camille Miller cam79miller@gmail.com, Tonya Ogletree tonyaogletree@gmail.com, Chris Pitts chrispittspac@hotmail.com, Tony Polk tonepolk@yahoo.com, wright robert rwqc@yahoo.com, Boykin Robinson brobinson@apollomd.com, Raul Rodon rrodon@apollomd.com, Melanie Pohl Smith unvmel12@hotmail.com, Chionesu Sonyika drsonyika@yahoo.com, Kacie Jones Swain kacieleigh1@aol.com, Mike Webb mwebbkay@aol.com



Team,

Thanks for everyone's effort and cooperation as we work through the summer in support of folk's vacations etc. It's a tribute to your team spirit.

Looking forward, in proactive preparation for winter, meetings have already begun to prevent ER boarding. (Based on the last week or so, it looks like good timing.) Beginning around the end of July, LWBS has gone from essentially zero daily to sometimes as high as eight pts/day. (Ouch!) Not all of which is due to boarding. In addition to what we know so far, I'm interested in your observations; and suggestions for solutions.

One more thing. Sorry if it seems you haven't heard from me in a while. I recently found that the last set of announcements must have bounced back. Attached you'll find a bit more info than usual as they are combined. (Rather than creating 'email fatigue' by getting inundated over the days to come with sound bites, we'll just get it knocked out with one bolus. I'm confident that the volume won't cause anyone to let something seem less important because it didn't get its own email. Plus, we're all smart people and will remember it all.)

Be mindful that even if you aren't working in August, it's vital to look at the JCAHO attachment too. (It's brief.) Most JCAHO mandates are for the benefit of patient care or team member safety; and so they really should be occuring year-round.

As always, both suggestions and feedback are welcomed; and if anything in the attachment causes any consternation or concern, please contact me. In all likelihood, it was just because with so much to cover, the communication was less than ideal in the effort toward brevity.

Regards,

-RW

Spalding announcem...2013.docx    Spalding JCAHO.docx

Good news. The work station (including PACS) has officially been moved to the new area! Even more, we'll have cardiac monitor screens too, (rather than needing to look all the way over at the charge nurse station.) Thanks Dr. Host for identifying the consensus of the group on which place was better.

## PERFORMANCE:

**Congratulations in making 4 stars on customer satisfaction scores last month!** Way to go!! This month the scores are way down in the 60's but I'm confident everyone will make the extra effort to bring them up.

Not to "teach for the test," but rather just to help stay mindful of the three items measured specifically related to doctors and Midlevels, patients are asked:

1. Did the (doctor/midlevel) treat you with courtesy and respect?

2. Did the (doctor/midlevel) listen carefully?

3. Did the (doctor/midlevel) explain things clearly?

## PATIENT CARE:

FYI-the stroke metrics took a dip too. If you are seeing a problem where there is a pattern developing that we should address, let us know.

Some cardiologists are using Brilinta instead of Plavix. It will be important to check with them about their preference. It's already in first net and ready for ordering.

Just another reminder to check a lactate level for suspected sepsis pts. It can be done via venous sample in the lab. (It can also be added to the ABGs but must be entered as a separate order or it won't happen. Instructions on how to order were sent previously.)

There is no orthopedist on call August 30, 31. As in the past, simply act accordingly, but if things aren't unfolding for a patient as they should, involve the charge nurse and over house supervisor.

The tonopen has arrived back from getting its periodic maintenance.

As part of removing VTE prophylaxis from the Spalding proposed list of FPPE items for ER physicians, there has a been a change to the approach from what was communicated previously a few months ago. For patient that we happen to write bridge orders, rather than leaving that section totally blank we should commit ourselves to support the hospital effort toward patient safety and quickly click the VTE stuff. However, it important that when doing the risk portion that if they are at risk, the order is clicked.

## OPERATIONS:

Please remember to put the stop sign on the tracking shell when seeing a pt. Many patients still either escape without completion of bedside registration, then info is missing and thus bill no bill sent, or have extended stays at the end of their visit waiting for reg. to be completed. Both not good.

Please be reminded to RC/RP all appropriate pts regardless of time of day. (FYI, it's especially easy to do at Spalding, because you don't need to do any of the financial conversation yourself. Registration does it all.)

Rumors have been floating around the ER regarding hospital viability. Things are fine, rumors simply stemmed from adjusting coverage throughout the facility due to a summer dip in volume/admissions. When it comes to the ER's flow and support don't panic. They only modified from 316 down to 310 hrs of total coverage per day with the adjustment made in the tech role.

So you know, ER Express is configured to give a 60 minute cushion between the current time and the next available time slot that a patient can reserve, with a max of two reservations per hour. Plus, the peak hours of 5p – 8p are

blacked out. These are the default settings. If over time, if a pattern develops that would suggest the need for an adjustment, let us know.

Notes from the facility:

*-Please have the providers complete any chart of a transferred patient real time. I have to review and report to the administrative team daily any non-psyche transfers. Dr. (_____) transferred #-------- without completing the chart.*

*-We have a new CFO who is questioning any patient transferred to a facility other than a Tenet facility. We typically do call AMC for any transfer needs first unless it is a child, burn, a clot requiring intervention at the Grady Marcus Stroke Center, or the family requests a specific hospital. We transfer few patients – I do need as many details as possible from the providers.*

*-During the in-service Dr Gupta did last year, he shared that retinal artery embolisms are amiable to intervention at Grady up to 18 hrs after onset, but of course the earlier the better. The stroke coordinator has not heard anything different from him so we may want to touch base with him for these unique cases should we have another one.*

### MEDICAL STAFF:

The Drs. at the Griffin eye clinic said they would like to be called 24/7 for all pts. with peri orbital fracture, and for all lid lacs, (even if it doesn't involve the margin, lacrimal apparatus, or go through the tarsal plate.) They want to help insure proper/timely follow up, discuss antibiotic selection etc.

The orthopedic surgeons would like us to be reminded that the ER techs have been taught and do know proper splinting techniques. Unfortunately, the orthopedists continue to see pts splinted in a way they feel could be better (three pts last week). Upon asking some techs, they had been told that despite educating the techs in the correct technique, "the ER MD's,PA's,NP's do not like to be questioned by the nurses or techs," so they are reluctant to speak up about what the orthopedist considers ideal. It was strongly suggested that we be (more approachable and) open minded with the techs.

Many of the interventional cardiologists are beginning to use Brilinta in place of Plavix. Just ask the cardiologist which they prefer. It will likely either be Plavix 600mg or Brilinta 180mg loading dose. We are adding it to the pyxis and FirstNet.

<u>It is vital for admitted patients that in **every** case that we specifically discuss with the admitting doctor whether they want the patient placed as inpatient or observation.</u>

### Midlevels:

Please remember to reliably alternate back and forth for the doc to whom you assign pts. It affects their paycheck.

Remember to change the name on all prescriptions to that doc too. Dr. Host (who is now our point person for Cerner) is working with them on finding a way to make that task much easier.