# Ex. 5



| Facility | Payroll Period | Pts Dr Only | Pts w/ MLP | Pts Total | % Current MOS Pts | Current MOS Pts/Hour | Dr Hours Worked | Pts/Dr Hour, Dr Only | Pts/Dr Hour, Total (Incl MLP) | $ Generated Dr Only Pts | $ Generated MLP Patients | $ Generated Total | MLP Cost | MLP Contribution Margin | $ Generated After MLP Adjust | $ Generated/H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spalding Regional Medical Center | 7/1/16 | 321 | 274 | 595 | 97.8% | 4.23 | 137.50 | 2.33 | 4.33 | $22,158 | $12,632 | $34,790 | $3,518 | $9,114 | $31,272 | $227.43 |
| Spalding Regional Medical Center | 6/1/16 | 286 | 244 | 530 | 99.8% | 4.11 | 128.50 | 2.23 | 4.13 | $18,778 | $10,603 | $29,381 | $3,049 | $7,554 | $26,332 | $204.92 |
| Spalding Regional Medical Center | 5/1/16 | 305 | 237 | 542 | 96.5% | 4.32 | 121.00 | 2.52 | 4.48 | $20,330 | $10,052 | $30,381 | $3,334 | $6,718 | $27,048 | $223.53 |
| Spalding Regional Medical Center | 4/1/16 | 372 | 314 | 686 | 99.0% | 4.28 | 158.50 | 2.35 | 4.33 | $25,673 | $13,926 | $39,599 | $5,817 | $8,109 | $33,782 | $213.14 |
| Spalding Regional Medical Center | 3/1/16 | 381 | 351 | 732 | 99.9% | 4.40 | 166.00 | 2.30 | 4.41 | $26,141 | $15,979 | $42,120 | $5,709 | $10,270 | $36,412 | $219.35 |
| Spalding Regional Medical Center | 2/1/16 | 392 | 357 | 749 | 99.3% | 4.65 | 160.00 | 2.45 | 4.68 | $26,230 | $15,723 | $41,953 | $4,665 | $11,058 | $37,288 | $233.05 |
| Spalding Regional Medical Center | 1/1/16 | 382 | 429 | 811 | 97.2% | 4.92 | 160.00 | 2.39 | 5.07 | $26,288 | $18,463 | $44,752 | $5,984 | $12,480 | $38,768 | $242.30 |