# Ex. 6



| Hospital | Month | Year | Patients Dr. Only | Patients w/Mid-Level | Patients Total |
|---|---|---|---|---|---|
| AMC South | Sep | 2010 | 1 | 0 | 1 |
| AMC South | Oct | 2010 | 161 | 17 | 178 |
| AMC South | Nov | 2010 | 92 | 32 | 124 |
| AMC South | Dec | 2010 | 50 | 24 | 74 |
| AMC South | Jan | 2011 | 73 | 16 | 89 |
| AMC South | Feb | 2011 | 50 | 34 | 84 |
| AMC South | May | 2011 | 90 | 54 | 144 |
| AMC South | Jun | 2011 | 35 | 28 | 63 |
| AMC South | Jul | 2011 | 35 | 21 | 56 |
| AMC South | Sep | 2011 | 18 | 9 | 27 |
| AMC South | Oct | 2011 | 68 | 35 | 103 |
| AMC South | Nov | 2011 | 58 | 23 | 81 |
| AMC South | Dec | 2011 | 74 | 38 | 112 |
| AMC South | Jan | 2012 | 123 | 80 | 203 |
| AMC South | Feb | 2012 | 95 | 62 | 157 |
| AMC South | Mar | 2012 | 173 | 117 | 290 |
| AMC South | Apr | 2012 | 169 | 68 | 237 |
| AMC South | May | 2012 | 197 | 117 | 314 |
| AMC South | Jun | 2012 | 219 | 97 | 316 |
| AMC South | Jul | 2012 | 145 | 87 | 232 |

Generated on 8/19/2016 11:10 AM — Sonyika, Chionesu

PA Participation (Patient Count Includes Providers PA and MD)