UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* CHIONESU SONYIKA, Relator, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APOLLOMD, INC., *et al.*,<br><br>Apollo. | CIVIL ACTION NO. 1:20-cv-3213-AT |

**EIGHTH JOINT STATUS REPORT**

Relator Dr. Chionesu Sonyika and Defendants ApolloMD, Inc., Independent Physicians Resource, Inc., ApolloMD Business Services, LLC, ApolloMD Holdings, LLC, PaymentsMD, LLC, ApolloMD Group Services, LLC, ApolloMD Physician Partners, Inc., ApolloMD Physician Services FL, LLC, Georgia Emergency Group, LLC, (collectively the "Parties"), hereby file this Eighth Joint Status Report to inform the Court about the status of the finalization of the settlement agreements that will resolve this case.

Since the filing of the Joint Motion to Stay All Deadlines (Dkt. 211) and the Seventh Joint Status Report (Dkt. 214), all conditions precedent for dismissal have occurred, *except* that the Relator is still awaiting the receipt of one payment from the

State of Georgia. Relator learned from the State of Georgia today that payment issued in the form of check yesterday and is being mailed to Relator's Counsel's office. Relator's Counsel has yet to receive the payment.

As such, the Parties respectfully request an additional 15-day continuance of the stay of all proceedings and deadlines relating to the claims in this matter to through and including April 17, 2025. A joint motion and proposed Order granting the Parties' requested relief is filed with this Fifth Joint Status Report for the Court's convenience.

Respectfully submitted this 2nd day of April, 2025.

/s/ *Trey Duck*
Trey Duck, *Pro Hac Vice*
Drew Pate, *Pro Hac Vice*
Cody Hill, *Pro Hac Vice*
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Tel: (512) 328-5333
tduck@nixlaw.com
dpate@nixlaw.com
codyhill@nixlaw.com

/s/ *Julia Blackburn Stone*
Michael A. Caplan
Georgia Bar No. 601039
Julia Blackburn Stone
Georgia Bar No. 200070
Ashley C. Brown

    Georgia Bar No. 287373
    **CAPLAN COBB LLC**
    75 Fourteenth Street, N.E.
    Suite 2700
    Atlanta, Georgia 30309
    Tel: (404) 596-5600
    Fax: (404) 596-5604
    mcaplan@caplancobb.com
    jstone@caplancobb.com
    bwaddell@caplancobb.com
    abrown@caplancobb.com

    *Counsel for Relator*


    */s/ Robert M. Brennan*
    Robert M. Brennan
    Georgia Bar No. 079798
    Jameson B. Bilsborrow
    Georgia Bar No. 505735
    303 Peachtree Street, NE
    Suite 3600
    Atlanta, Georgia 30308
    Tel: (404) 523-5300
    rmb@phrd.com
    jbilsborrow@phrd.com

    *Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in LR 5.1(C).

*/s/ Trey Duck*
Trey Duck

*Counsel for Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, I filed the foregoing document with the Clerk of the Court by means of the Court's ECF system, which served copies of the filing on all counsel of record in the case.

*/s/ Trey Duck*
Trey Duck

*Counsel for Relator*