IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Chionesu Sonyika, Relator, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ApolloMD, Inc., Independent Physicians Resource, Inc., ApolloMD Business Services, LLC, ApolloMD Holdings, LLC, PaymentsMD, LLC, ApolloMD Group Services, LLC, Apollo MD Physician Partners, Inc., ApolloMD Physician Services FL, LLC, and Georgia Emergency Group, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br>1:20-CV-3213-AT |

## JOINT NOTICE OF DISMISSAL

Relator Dr. Chionesu Sonyika and Defendants ApolloMD, Inc., Independent Physicians Resource, Inc., ApolloMD Business Services, LLC, ApolloMD Holdings, LLC, PaymentsMD, LLC, ApolloMD Group Services, LLC, ApolloMD Physician Partners, Inc., ApolloMD Physician Services FL, LLC, and Georgia Emergency Group, LLC, (collectively the "Parties") hereby jointly give notice that the above-captioned action is voluntarily dismissed as to all named defendants with

prejudice as to Relator and that the claims asserted in this action are dismissed without prejudice as to the United States and the State of Georgia. The Parties understand that the United States and the State of Georgia will file a separate notice indicating their consent to dismissal without prejudice. The Parties will bear their own costs. The Clerk of Court may close this action.

Respectfully submitted this 19th day of April, 2025.

**NIX PATTERSON, LLP**

*/s/ Trey Duck* (with permission)
Trey Duck, *Pro Hac Vice*
Drew Pate, *Pro Hac Vice*
Cody Hill, *Pro Hac Vice*
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Tel: (512) 328-5333
tduck@nixlaw.com
dpate@nixlaw.com
codyhill@nixlaw.com

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Jameson B. Bilsborrow*
Robert M. Brennan
Georgia Bar No. 079798
Jameson B. Bilsborrow
Georgia Bar No. 505735
303 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30308
Tel: (404)-523-5300
Fax: (404)-522-8409
rmb@phrd.com
jbilsborrow@phrd.com

*Counsel for Defendants*

**CAPLAN COBB LLC**

Michael A. Caplan
Georgia Bar No. 601039
Julia Blackburn Stone
Georgia Bar No. 200070

Ashley C. Brown
Georgia Bar No. 287373
75 Fourteenth Street, N.E.
Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
jstone@caplancobb.com
bwaddell@caplancobb.com
abrown@caplancobb.com

*Counsel for Relator*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), NDGA, I hereby certify that this pleading has been prepared in compliance with LR 5.1(B), NDGA.

Respectfully submitted this 19th day of April, 2025.

                                */s/ Jameson B. Bilsborrow*
                                Jameson B. Bilsborrow

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **JOINT NOTICE OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record in this action.

This 19th day of April, 2025.

*/s/ Jameson B. Bilsborrow*
Jameson B. Bilsborrow