IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. CHIONESU SONYIKA, RELATOR, ET AL., <br>     PLAINTIFFS, <br><br> v. <br><br> APOLLOMD, INC., ET AL., <br>     DEFENDANTS. | Civil Action No. <br><br> 1:20-CV-03213-AT |

### THE UNITED STATES AND STATE OF GEORGIA'S NOTICE OF CONSENT TO DISMISSAL

On April 19, 2025, Relator Chionesu Sonyika filed a Notice of Voluntary Dismissal Without Prejudice of her claims in this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) and O.C.G.A. § 49-4-168.2(b) the United States and State of Georgia (the "Government") hereby notify the Court that they consent to the dismissal of this action without prejudice to their rights, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The Government requests that the seal be lifted on the complaint (including any amendments thereto), the Relator's Notice of Voluntary Dismissal

Without Prejudice, the United States' Notice of Consent to Dismissal, and the Order granting dismissal.  The United States further requests that all other contents of the Court remain under seal and not be made public or serviced upon the defendants.

A proposed order accompanies this notice.

Respectfully submitted, this 22nd  day of April, 2025.

| | |
|---|---|
| Richard S. Moultrie, Jr.<br>Acting United States Attorney<br><br>*/s/Neeli Ben-David*<br>Neeli Ben-David<br>Assistant United States Attorney<br>Georgia Bar No. 049788<br>600 U.S. Courthouse<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303<br>Telephone: (404) 581-6000<br>E-mail: neeli.ben-david@usdoj.gov | Christopher M. Carr<br>Attorney General<br><br>*/s/Sara Vann\*\**<br>Sara Vann<br>SENIOR ASSISTANT ATTORNEY GENERAL<br>Georgia Bar No. 141787<br>600 West Peachtree Street, NW<br>20th Floor<br>Atlanta, Georgia 30308<br>Telephone: (404) 656-4998<br>E-mail: svann@law.ga.gov<br>*signed by Neeli Ben-David with express permission |
| *Counsel for United States of America* | *Counsel for the State of Georgia* |