IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. CHIONESU SONYIKA, RELATOR, ET AL.,<br>         PLAINTIFFS,<br><br>         v.<br><br>APOLLOMD, INC., ET AL.,<br>         DEFENDANTS. | Civil Action No.<br><br>1:20-CV-03213-AT |

## **ORDER**

The Relator Chionesu Sonyika having filed a Notice of Voluntary Dismissal Without Prejudice of this action and the United States and State of Georgia, having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) and O.C.G.A. § 49-4-168.2(b),

IT IS ORDERED that, this action is dismissed without prejudice as to Relator Chionesu Sonyika, the United States and the State of Georgia.

IT IF FURTHER ORDERED that that the seal be lifted on the complaint (including any amendments thereto), the Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal and this order.

IT IS FURTHER ORDERED that all other contents of the Court's file in this action remain under seal and not be made public.

This _____ day of _____, 2025.

                                                            _____
                                                            JUDGE AMY TOTENBERG
                                                           UNITED STATES DISTRICT COURT

*Submitted by:*

/s/Neeli Ben-David
Assistant U.S. Attorney

/s/Sara Vann**
Assistant Attorney General
**Signed by Neeli Ben-David
With express permission